## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KATIE LOCKYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:16-cv-00985-D |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, KATIE LOCKYER, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  October 19, 2016                    RESPECTFULLY SUBMITTED,

                                            By: /s/ Michael S. Agruss
                                                Michael S. Agruss
                                                SBN: 6281600
                                                Agruss Law Firm, LLC
                                                4809 N. Ravenswood Ave.
                                                Suite 419
                                                Chicago, IL 60640
                                                Tel: 312-224-4695
                                                Fax: 312-253-4451
                                                michael@agrusslawfirm.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      On October 19, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Aliza Malouf, at malouf@hunton.com.

                                  By: /s/ Michael S. Agruss
                                         Michael S. Agruss